IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AUDREY ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:23CV820 |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED AND ADJUDGED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This the 6th day of March, 2024.

                                                 /s/ Joe L. Webster
                                         United States Magistrate Judge